Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

---

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 98.221.163.141,<br><br>    Defendant. | Civil Case No. 3:13-cv-04682-PGS-TJB |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**OF JOHN DOE WITHOUT PREJUDICE**

**PLEASE TAKE NOTICE**, Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action without prejudice. John Doe was assigned the IP Address 98.221.163.141. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: January 3, 2014

                          Respectfully submitted,

By:   /s/ *Patrick J. Cerillo*
      Patrick J. Cerillo, Esq.
      Patrick J. Cerillo, LLC
      4 Walter Foran Blvd., Suite 402
      Flemington, NJ 08822
      T: (908) 284-0997
      F: (908) 284-0915
      pjcerillolaw@comcast.net
      *Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:   /s/ *Patrick J. Cerillo*